IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NANCY WHITE                                                           PLAINTIFF

v.                          CIVIL NO. 07-5144

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                            DEFENDANT

### O R D E R

Comes on the 26th day of December, 2007, defendant's motion to dismiss plaintiff's complaint requesting review of the Commissioner's denial of an alleged application for disability insurance benefits. After reviewing the motion and plaintiff's response, this court does not have the documentation before it necessary to make a decision. Therefore, defendant is directed to file a declaration prepared by the Acting Chief of Court Case Preparation and Review Branch of the Office of Appellate Operations detailing the dates plaintiff applied for disability benefits under Titles II and XVI of the Social Security Act, how far each application went in the review process, the date of the last decision on each application, and the date plaintiff's insurance status expired. This declaration should be filed no later than February 21, 2008.

       IT IS SO ORDERED.

                                                       /s/ *J. Marschewski*
                                                   HON. JAMES R. MARSCHEWSKI
                                                   UNITED STATES MAGISTRATE JUDGE